IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KIRK MACKEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 4:23-CV-01613 |
| WHITESTONE REIT OPERATING ) | |
| PARTNERSHIP III LP, ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, KIRK MACKEY and Defendant, WHITESTONE REIT OPERATING PARTNERSHIP III LP, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant and this entire Action with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 7th day of August, 2023.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/ *Douglas S. Schapiro*
Douglas S. Schapiro, Esq.
State Bar No. 54538FL
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

Attorney for Plaintiff

       */s/ Matthew C. Rawlinson*
       Matthew C. Rawlinson, Esq.
       Southern District of Texas ID No.  24013379
       Eversheds Sutherland (US) LLP
       1001 Fannin, Suite 3700
       Houston, TX  77002
       Tel:  713-470-6105
       Email:  matthewrawlinson@eversheds-sutherland.com

       Attorney for Defendant

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that on this 7th day of August, 2023, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

       /s/ Douglas S. Schapiro
       Douglas S. Schapiro
       State Bar No. 54538FL