United States District Court
Southern District of Texas
**ENTERED**
August 16, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KIRK MACKEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| vs. | ) |
| | ) Case No. 4:23-CV-01613 |
| WHITESTONE REIT OPERATING PARTNERSHIP III LP, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL AS TO DEFENDANT

In accordance with the Joint Stipulation of Dismissal with Prejudice filed August 7, 2023, it is hereby ORDERED that all claims that were or could have been asserted by Plaintiff against Defendant, WHITESTONE REIT OPERATING PARTNERSHIP III LP, be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED on August 10, 2023

ANDREW W. HANEN
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record